United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FANNY GABRIELA LOPEZ PERDOMO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02267 |
| | § | |
| SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL AND CASE CLOSURE**

Based on the parties' Joint Status Report showing that the petitioner has been released on bond and that this case may be closed, it is hereby **ORDERED** that this case is **DISMISSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this 18th day of August 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE